UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number:  EP:19-M -08728(1)-LS |
| (1) Blanca Emma Castaneda-Ramirez | § § | |

**ORDER RESETTING STATUS CONFERENCE**

      IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 1:30 PM, in Magistrate Courtroom, Room 512, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on October 30, 2019.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

      IT IS SO ORDERED this 23rd day of October, 2019

_____
**LEON SCHYDLOWER**
**UNITED STATES MAGISTRATE JUDGE**